FILED
8/16/18 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Galik** _____ JAD/TPA/**CMB**/GLT

Case Number: **18-22593**

Date of Meeting: **8/13/18**    Recording # **21**
Debtor(s) present **✓** or Not Present ___ (___No Payments Made or **✓** partial payments)
Attorney for debtor(s) **Moynihan** _____ (Present **✓** or Not Present ___)
Date of Plan at § 341: **6/27/18**    Applicable commitment period **✓** 3 yrs ___ 5 yrs

**Debtor to submit ACH forms.**

**X** Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk

___ Confirmation Order recommended  ___ Final  ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**X** Continued to:
    ___ 341 Meeting   OR   **X** Conciliation Conf.   OR   ___ *Contested Hearing
    On **10/11/18** at **10:00 am/pm** Location **3250**

_Jana Pail_
Chapter 13 Trustee/Attorney for Trustee