# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** JANE M. GALIK
**Case Number:** 18-22593-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 11, 2018 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
10/11/18 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#2 - Continued Confirmation of Plan Dated 6/27/2018 (N)
R / M #: 2 / 0

## Appearances:

*Moynihan*

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __11/15/18__ at __11:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

NO PMTS

10/3/2018    4:07:30PM