# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | JANE M. GALIK |
| Case Number: | 18-22593-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 15, 2018 11:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/16/18 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#2 - Continued Confirmation of Plan Dated 6/27/2018 (N)
R / M #:  2 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __1/31/19__ at __11:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*continued for wage attachment.*

11/8/2018    9:16:12AM