## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | JANE M. GALIK |
| **Case Number:** | 18-22593-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 28, 2019  10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
3/29/19 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#2 - Final Confirmation of Plan Dated  6/27/2018 (NFC)
R / M #:  2 / 0

### *Appearances:*

Debtor: Moynihan
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _6-27-19_ at _9:00_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ___✓___ Other:

Continue for loss mit.

3/21/2019   2:28:57PM