IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                      Bankruptcy No. 18-22593-CMB
Jane M. Galik
    Debtor(s)                                              Chapter 13

Jane M. Galik                                          Related to Document No.    34
    Movant(s)

    v.

Bella Baby Glenview LLC, and
Ronda J. Winnecour, Trustee
    Respondent(s)

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-named Debtor(s), having filed a Chapter 13 petition and Debtor(s) having moved to attach wages to fund the Chapter 13 Plan:

    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Movant receives income:        **Bella Baby Glenview LLC**
**1415 Baffin Road**
**Glenview, IL 60025**

shall deduct from that income the sum of **$895.40 bi-weekly**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Movant, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.D. PA.
        P.O. Box 84051
        CHICAGO, IL 60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Movant's income is terminated and the reason therefor.

    IT IS FURTHER ORDERED that the Movant shall serve this order and a copy of the Notification of Movant's Social Security Number, Local Bankruptcy Form 12, that includes the Movant's full Social Security number on the above-named entity.  Movant shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

    IT IS FURTHER ORDERED that all remaining income of the Movant, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Movant in accordance with usual payment procedures.

    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this ___17th___ day of _____July_____, ___2019___.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
7/17/19 6:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-22593-CMB
Jane M. Galik                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 1            Date Rcvd: Jul 18, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db             +Jane M. Galik,    2552 Hawthorne Dr,    Oakdale, PA 15071-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Mark G. Moynihan    on behalf of Debtor Jane M. Galik mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5