IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Jane M. Galik<br>     Debtor(s) | Bankruptcy No. 18-22593-CMB<br><br>Chapter 13 |
| Jane M. Galik<br>     Movant(s)<br><br>     v.<br><br>Bella Baby Glenview LLC<br>Ronda J. Winnecour, Trustee<br>     Respondent(s) | Related to Document No. 48 |

**CERTIFICATE OF SERVICE OF
ORDER DISMISSING CASE WITHOUT PREJUDICE
AND TERMINATING WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on May 5, 2020.

The type(s) of service made on the parties was: first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Debtor's Employer Served First-Class Mail:

Bella Baby Glenview LLC
1415 Baffin Road
Glenview, IL 60025

                                             Respectfully submitted,

Dated: May 7, 2020                                   /s/ Mark G. Moynihan
                                                      Mark G. Moynihan, Esquire
                                                      Attorney for Debtor(s)
                                                      PA 307622
                                                      2 Chatham Center, Suite 230
                                                      Pittsburgh, PA 15219
                                                      Phone:  (412) 889-8535
                                                      Fax:  (800) 997-8192
                                                      Email: mark@moynihanlaw.net