**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JANE M. GALIK | Case No.: 18-22593 |
| Debtor(s) | |
| Ronda J. Winnecour  Movant  vs.  No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/27/2018 and confirmed on 02/01/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,076.03 |
| Less Refunds to Debtor | 1,207.07 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,868.96 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,905.38 | |
| Trustee Fee | 625.74 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,531.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIBANK NA - TRUSTEE CMLTI ASSET TRU  Acct: 5016 | 0.00 | 12,337.84 | 0.00 | 12,337.84 |
| CITIBANK NA - TRUSTEE CMLTI ASSET TRU  Acct: 5016 | 21,616.38 | 0.00 | 0.00 | 0.00 |
| | | | | 12,337.84 |
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JANE M. GALIK  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MOYNIHAN LAW PC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARK G MOYNIHAN ESQ  Acct: | 3,000.00 | 1,905.38 | 0.00 | 0.00 |
| JANE M. GALIK  Acct: | 366.52 | 366.52 | 0.00 | 0.00 |
| JANE M. GALIK  Acct: | 840.55 | 840.55 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***N O N E *** | | | |
| **Unsecured** | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 161.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0477 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 340.10 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| | ***N O N E *** | | | |

| TOTAL PAID TO CREDITORS | | | | 12,337.84 |

TOTAL CLAIMED
PRIORITY       0.00
SECURED     21,616.38
UNSECURED     501.26

Date: 07/15/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com